Milton L. ISSERLIS

v.

John S. MURPHY.

No. 80–15–A.

Supreme Court of Rhode Island.

April 24, 1980.

Michael Fitzpatrick, Providence, for plaintiff.

John S. Murphy, pro se.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Tuesday, May 6, 1980 at 9:30 a. m. for oral argument.